UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00602-JPH-MJD |
| ) | |
| $100,000.00 IN MONEY ORDERS IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**WARRANT FOR ARREST OF PROPERTY**

TO:   ANY OFFICER OR EMPLOYEE OF THE UNITED STATES

WHEREAS, a Complaint for Forfeiture In Rem has been filed in this Court on April 6, 2023, by Zachary A. Myers, United States Attorney for the Southern District of Indiana, against $100,000.00 in Money Orders in United States Currency, Defendant herein, for reasons and causes set forth in the Complaint;

YOU ARE HEREBY COMMANDED to take custody of and to deliver Defendant property into the possession of the United States of America, to be detained in the possession of the United States until further order of this Court, and you will make return thereon not later than ten (10) days after execution of process.

Roger A.G. Sharpe, Clerk

Dated: 4/12/2023         By: _Pam Pope_____
                              Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel

Abigail Lynn
5920 Hillview Park Avenue
Van Nuys, CA 91401

Cam Howell
6418 Gildar Street
Alexandria, VA 22310

Arrest Warrant to be issued by the Clerk pursuant to
Rule G(3)(b)(i) of the Supplemental Rules for
Admiralty or Maritime Claims and Asset Forfeiture Actions,
for property in custody of the United States.